# EXHIBIT A

| Jeffrey O. Martin | (404) 374-1705 |
|---|---|
| | jurychallenge@mindspring.com |

**EXPERIENCE**

| 1997 - Present | **Consultant on Jury Pools and Statistical Issues** |
|---|---|
| | – Expert witness in capital cases on jury procedures and statistics. |
| | – Qualified as an expert in Federal courts in Alaska, Alabama, Georgia, Michigan, South Dakota, and Washington. |
| | – Federal case appointments in Arizona, California, Louisiana, Maine, Massachusetts, Nevada, New York, Ohio, Pennsylvania, Puerto Rico, South Carolina, Texas and Virginia. |
| | – "When and How to Challenge the Jury Pool" presentation for the National Association of Criminal Defense Lawyers, August 2021. |
| | – "Challenging the Local Jury Plan" presentation at the Federal Death Penalty Resource Counsel Projects 2012 Strategy Session, November 2012. |
| | – Qualified as an expert in more than 50 Superior Courts in Georgia. |
| | – Qualified as an expert in Superior Court in South Carolina. |
| | – Qualified as an expert in the Eighth Judicial District Court of Nevada. |
| | – Cases in Superior Court in Virginia. |
| | – "Jury Challenges" presentation to the Multi-County Public Defender Office Capital Defense Training Seminar February 2002, July 2002, November 2002, February 2003, July 2003 and February 2004. |
| | – Affidavits and testimony on statistical issues. |

| 1983 - Present | **Political Consultant** |
|---|---|
| | – Consultant to municipal, county and statewide political campaigns. |
| | – Vote projections and analysis. |
| | – Voter targeting. |

| 1981 – 2001 | **Actuarial Consultant** |
|---|---|
| | **Towers Perrin, Atlanta Office (1995-2001 and 1981-1986)** |
| | **Towers Perrin, Chicago Office (1986-1992)** |
| | **William M. Mercer, Atlanta Office (1992-1995)** |
| | **Chicago Consulting Actuaries, Chicago Office (1992)** |
| | – Pension and employee benefits consulting on strategy, compliance, and administration for large corporations (some specific projects include: IRC section 415 analysis, work-force modeling and strategy, employee benefits calculation software, models and forecasts of employee benefits and compensation under statutory limits, actuarial and retiree medical valuations) |
| | – Professional Development Team leader and supervisor of actuarial associates. |
| | – Member of national committee on quality assurance. |

| **EDUCATION** | **Master of Arts, Economics, University of Chicago, 1988** |
|---|---|
| | **Bachelor of Arts Cum Laude, Economics and Mathematics,** |
| | **Vanderbilt University, Nashville, 1981** |
| | – Mitchell Scholarship. |
| | – Travel Scholarship (University of Leeds, U.K. 1979-1980). |
| | – Classes at Fisk University, Nashville. |
| | **Public Schools in the City of Atlanta, Fulton County and DeKalb County** |